No. 599.   MATTHEWS *v.* RAGEN, WARDEN; and
No. 600.   FOWLER *v.* RAGEN, WARDEN.   October 28, 1946.   Petitions for writs of certiorari to the Supreme Court of Illinois denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.

No. 601.   MILLS *v.* RAGEN, WARDEN.   October 28, 1946.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 602.   DAVIS *v.* RAGEN, WARDEN.   October 28, 1946.   Petition for writ of certiorari to the Supreme Court of Illinois denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 614.   HARRIS *v.* RAGEN, WARDEN.   October 28, 1946.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 616.   HOLMES *v.* RAGEN, WARDEN.   October 28, 1946.   Petition for writ of certiorari to the Circuit Court of Winnebago County, Illinois, denied.   MR. JUSTICE MURPHY took no part in the consideration or decision of this application.